MARY RACHABOSKI, Appellant, v. METROPOLITAN LIFE INSURANCE COMPANY, Defendant; JOHN HANCOCK MUTUAL LIFE INSURANCE COMPANY, Respondent.— In an action upon three policies of life insurance, the plaintiff moved for judgment on the pleadings, under rule 112 of the Rules of Civil Practice, and for summary judgment, under rule 113, as against one of the defendants, the issuer of one of the

policies. The motion was denied and plaintiff appeals. Order affirmed, with ten dollars costs and disbursements. No opinion. Lazansky, P. J., Young, Hagarty, Adel and Taylor, JJ., concur.